# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| ETX MINERALS, LLC | § |
| | § |
| *Plaintiff,* | § |
| | § CASE NO. 2:24-CV-0489-JRG-RSP |
| v. | § |
| | § |
| PLANKTON 360, LLC and JOHN R. BOWS, | § |
| | § |
| *Defendants.* | § |
| | § |

## ORDER

Plaintiff ETX Minerals previously filed an Amended Motion to Dismiss Without Prejudice (Dkt. No. 10.) Defendant Plankton 360, LLC filed a response stating that it does not oppose the Motion. (Dkt. No. 13 at 1.) The *pro se* Defendant, John R. Bows was served with the Motion. (Dkt. No. 10 at 3; Dkt. No. 12.) Magistrate Judge Payne entered a Report and Recommendation recommending grant of ETX Minerals' Motion to Dismiss. (Dkt. No. 14.) Because no objections have been filed and because of the reasons set forth in the Report and Recommendation, the Recommendation is **ADOPTED**. It is therefore **ORDERED** that the Motion to Dismiss (Dkt. No. 11) is **GRANTED**.

Accordingly, all claims and causes of action asserted between Plaintiff ETX Minerals and Defendants Plankton 360, LLC and John R. Bows in the above-captioned case are **DISMISSED WITHOUT PREJUDICE**. All pending requests for relief in the above-captioned case not explicitly granted herein are **DENIED AS MOOT**.

The Clerk of Court is directed to **CLOSE** the above-captioned case as no parties or claims remain.

## So Ordered this

**Mar 4, 2025**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE